Filed
Washington State
Court of Appeals
Division Two

April 5, 2022

**IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON**

**DIVISION II**

| | |
|---|---|
| In the Matter of the Personal Restraint of<br><br>JEROME LENORDA POWELL, II,<br><br>Petitioner. | No. 56116-6-II<br><br>UNPUBLISHED OPINION |

GLASGOW, C.J.—Jerome Lenorda Powell II, seeks relief from personal restraint imposed following his 2012 conviction in Puyallup Municipal Court for third degree theft. He seeks vacation of the legal financial obligations (LFOs) imposed for that conviction under *State v. Blazina*, 182 Wn.2d 827, 344 P.3d 680 (2015). In the interests of judicial economy, the City of Puyallup concedes that Powell's LFOs should be vacated. The City also explains that the Puyallup Municipal Court typically waives LFOs if they were imposed more than 10 years ago and there has not been a specific extension. We accept the City's concession and remand for the municipal court to vacate Powell's LFOs. We deny his request for appointment of counsel for this petition.

A majority of the panel having determined that this opinion will not be printed in the Washington Appellate Reports, but will be filed for public record in accordance with RCW 2.06.040, it is so ordered.

Glasgow, C.J.

We concur:

Maxa, J.

Price, J.